UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 17-10083-MLW |
| v. ) | |
| ) | |
| ELIZABETH P. GURRIERI, ) | |
| also known as Elizabeth Wise, ) | |
| ) | |
| Defendant ) | |

## WAIVER OF INDICTMENT

I, ELIZABETH P. GURRIERI, the above-named defendant, who is accused of knowingly conspiring to commit wire fraud from in or about December, 2012 and continuing until in or around July 2015, in violation of 18 U.S.C. § 1349, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on _____ prosecution by indictment and consent that proceeding may be by information instead of by indictment.

_____
ELIZABETH P. GURRIERI
Defendant

_____
Counsel for Defendant

Before: _____

United States District Judge

June 19, 2017